# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DeAngelo Cross, | Civ. No. 25-2170 (JWB/JFD) |
| Petitioner, | |
| v. | ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION |
| Warden, FCI Duluth, | |
| Respondent. | |

DeAngelo Cross, pro se Petitioner.

Ana H. Voss, Esq., and Lucas B. Draisey, Esq., United States Attorney's Office, counsel for Respondent.

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on October 7, 2025. (Doc. No. 16.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

## ORDER

Based on the R&R of the Magistrate Judge, and all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The October 7, 2025 Report and Recommendation (Doc. No. 16) is **ACCEPTED**;

2. Petitioner DeAngelo Cross's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

3. This action is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: October 29, 2025                                   *s/ Jerry W. Blackwell*
                                                         JERRY W. BLACKWELL
                                                         United States District Judge